241 S.W.3d 831 (2007)
Selta TRAVIS, Respondent,
v.
Jerry TRAVIS, Appellant.
No. WD 67333.
Missouri Court of Appeals, Western District.
December 4, 2007.
Rehearing Denied January 29, 2008.
Bradley Grill, Kansas City, for Appellant.
John Chick, Kansas City, for Respondent.
Before THOMAS H. NEWTON, Presiding Judge, PAUL M. SPINDEN, Judge, and LISA WHITE HARDWICK, Judge.

ORDER
Jerry Travis appeals the circuit court's judgment dissolving his marriage to Selta Travis. We affirm. Rule 84.16(b).